# EXHIBIT C



## Itinerary Details

This is a typical itinerary for this product

**Pass By:** Pyramids of Giza

Visit one of Cairo's most famous sights for a half-day tour to the Giza Pyramids. As one of the seven classic wonders of the world, the Pyramids allow you to return in time. (Entrance to the pyramids requires a separate ticket.) The tour also includes the Valley Temple where the body of King Chevrin and the Sphinx statue are known in Giza. Plan your visit to this famous attraction before your trip Beauty tours around the pyramids are available at an additional cost There are several departure times available throughout the morning Delivery is provided from the hotel and delivered Highlights Visit the great pyramids in Giza Professional photos will be taken by our guide Visit the Sphinx in Giza Special guided tour Hassle-free No hidden costs One price

## Important Details

## Cancellation Policy






## Itinerary Details

This is a typical itinerary for this product

**Stop At:** Liwa Oasis

Half Day Desert Safari During the afternoon part of your safari, you will discover the true desert of Abu Dhabi. After an exciting drive over the sand dunes, we will visit a camel farm and watch the sunset from the dunes. Our journey will continue until we reach our traditional Arabic camp, and there you will have the opportunity to try a host of activities like henna painting, belly dancing, Shisha, the Arabic sweets and coffee significant to Bedouin culture. After sunset, a BBQ dinner will be served under the starlit sky, with live entertainment to ensure you have a night to remember. You will also be treated to traditional Arabic hospitality, with Arabic coffee and dates served as they have been for centuries and continue to be served in Emirati homes today. 6-hour desert camp, activities and BBQ experience from Abu Dhabi· Experience a 4×4 dune-bashing session, plus sand boarding, camel riding,· Watch belly dance, try Arabic Costume and get a henna tattoo· Race through the sands on a quad bike (additional cost)· Watch a beautiful desert sunset and feast on a delicious BBQ. Enjoy complimentary sodas, tea, coffee, and water· Hotel pickup and drop-off included by 4X4 Land Cruiser

Duration: 6 hour

United Arab Emirates  >  Abu Dhabi Emirate  >  Abu Dhabi

# Al Ain City Sightseeing - Al Ain Museum & Forts & Camel Market & Mosques & More

🔥 E-Ticket    💪 Instant Confirmation    🚩 Private Tour    🚩 Pickup Service    🚩 Live Guide

🕐 8 hr

Al Ain City Tour from Abu Dhabi Explore the Real Emirates. Experience culture, history and adventure are encapsulated in this city Al Ain it is called also the city of Gardens The highlights of the tour • Day trip to Al Ain from Abu Dhabi with a local guide • Explore the UAE's oasis "Garden City," known for its green parks • Visit Al Ain National Museum and Sheikh Zayed Palace Museum • See the traditional falaj water channels amid the oasis palms • Travel up Jebel Hafeet mountain for epic city views • Walk around a food market, camel racetrack and mountain springs

   

## Itinerary Details  ⌃

Al Ain Full Day City Tour Abu Dhabi

## Select Date

📅 Select Date  ○

**Saturday**
Feb 20, 2021  ✓

**Sunday**
Feb 21, 2021  ○

## Select Time

8:30 AM

## Select Tickets

**Adult**  (Ages: 12 to 99)  ⊖ 2 ⊕

**Child**  (Ages: 5 to 11)  ⊖ 0 ⊕

**Infant**  (Ages: 1 to 4)  ⊖ 0 ⊕

**Total**  **$350.00** USD
Includes taxes & fees

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕



## Itinerary Details

**Day 1: Nairobi - Masai Mara Game Reserve**

**Stop At:** Maasai Mara National Reserve, Narok 00100 Kenya

We start early, at 05:00 hrs to maximize on game viewing opportunities. We drive down the scenic escarpment of The Great Rift Valley with a brief stop at Rift Valley Escarpment. The dawn drive takes in the African sunrise, Rift valley escarpment and Masai plains. We arrive at Masai Mara Game Reserve and after check-in, take the first game drive in the Masai Mara Game Reserve . We will enjoy a picnic lunch by Mara River with views of hippos and crocodiles. Return to the lodge/camp for dinner and overnight stay.

Duration: 5 hours

Meals included:
• Lunch
• Dinner
Accommodation included: Semi Luxury Tent/Lodge

**Day 2: Masai Mara Game Reserve - Nairobi**



Tours & Activities    Favorites    Rental Cars    Member Exclusives    Help

Mexico ＞ Jalisco ＞ Puerto Vallarta

# Whale Watching in Puerto Vallarta Cruise All Inclusive

★★★★★  3 Ratings

🎫 E-Ticket      ⚡ Instant Confirmation      🎡 Group Tour      🕙 4.5 hr

This specialized excursion is designed to capture the magical moment when you have an encounter with the beautiful dolphins and the majestic humpback whales in Banderas Bay. The essence of this Tour is to observe marine life and enjoy beautiful moments when you can calmly contemplate whales and dolphins while playing, jumping and enjoying their natural habitat. There is no "typical day" in this adventure. We usually let the whales and dolphins "take over" the itinerary. We cannot always predict where we are going to find them, so we let them guide us along their favorite route of the day. Available from December to March, our Whale Tour is one of the most popular sighting trips in Puerto Vallarta






## Itinerary Details



### Breathtaking Amboseli

🕐 72 hr 👥 Group Tour

From
**$1,045**

### Explore Kenya

🕐 48 hr 👥 Group Tour

From
**$513**

### Classic Luxury 4 X 4 Masai Mara Safari

🕐 96 hr 👥 Group Tour

From
**$1,252**

### 4 Days 3 Nights Lake Nakuru Masai Mara Nairobi Big 5 Safari Package

🕐 48 hr 🚶 Pickup Service

From
**$1,417**

**Need Help?**

**Tours & Activities**

MARRIOTT BONVOY
TOURS & ACTIVITIES

**URL:** https://activities.marriott.com/things-to-do/V28Hi37SZE0Zp7n-classic-best-of-kenya-and-tanzania-2020

**Screenshot Taken:** 2020-12-16 12:18 (Europe/Dublin)  **HTML Updated:** "activities.marriott.com" reports "12/16/2020 12:18:07".  **Case ID:** CAS-104335  **URL ID:** UID-00777885



## Itinerary Details

**Day 1: Masai Mara national park**

**Stop At:** Maasai Mara National Reserve, Narok 00100 Kenya
Get to see the big five wild animals and experience exotic sceneries
Duration: 2 hours

Meals included:
• Breakfast: Breakfast is included in our packages
• Dinner
Accommodation included: Overnight at Mara Serena hotel

**Day 2: Masai Mara -Nakuru**

**Stop At:** Menengai Crater, Nakuru Kenya
Experience nakurus menengai crater
Duration: 2 hours

   

## Itinerary Details

This is a typical itinerary for this product

**Stop At:** Giraffe Centre

After a pick up from your hotel or residency within Nairobi CBD, the tour begins with a visit to the giraffe center. Here you see the magnificent creatures and learn why they are endangered. You will also learn their behaviors, traits and more conservation education. To cap the visit, you get the chance to feed them under the supervision of a trained staff member

Duration: 2 hour

**Stop At:** David Sheldrick Wildlife Trust

Then head to the elephant orphanage which is only open for a short period each day. Here you will learn more about the baby elephants and what led them to be orphans.You will get more information on raising them and the efforts being made to re-introduce them back to the wilderness.

The Utmost Serengeti Wildebeest Migration and Big Five | Marriott - Mozilla Firefox

The Utmost Sereng...

https://activities.marriott.com/things-to-do/V28Hi37ug1np7S-the-utmost-serengeti-wildebeest-migration

Search



MARRIOTT BONVOY
TOURS & ACTIVITIES

Tours & Activities    Favorites    Rental Cars    Member Exclusives    Help

Tanzania › Arusha Region

# The Utmost Serengeti Wildebeest Migration and Big Five

⚡ **E-Ticket**    ⚡ **Instant Confirmation**    🛄 **Day Trip**    🎪 **Group Tour**    🕐 **120 hr**

This astonishing annual Great Migration of wildebeest and other grazing herbivores across the Serengeti is one of the most amazing sights in nature, which takes place seasonally in Tanzania and Kenya, clearly demonstrating the rhythms of life in Africa.  First the rain turns the grass luscious and green attracting the wildebeest, which in turn attract the predators in the form of lions and crocodiles, who feed on the wildebeest as they cross the savannah and rivers following the path of the ripening grass. This non-stop parade of animals consists of over one million wildebeest, approximately 250,000 Zebras and countless Thompson's Gazelles.




## Itinerary Details

Day 1: Arusha to Serengeti National Park

Modified: 05 Dec 2020  Screenshot: 05 Dec 2020 19:24:11



← → C 🔒 activities.marriott.com/things-to-do/V28Hi3ELugESp7u-best-of-south-africa-safari-10-days-joburg-kruger-hluhluw...  ☆  :

# Best Of South Africa Safari - 10 Days Joburg-Kruger-Hluhluwe-Drakensberg- C/Town

 E-Ticket   Instant Confirmation   Day Trip  👥 Group Tour

 Pickup Service  🕐 240 hr

Best Of South Africa Safari -10 Days Joburg, Kruger, Hluhluwe, Drakensberg, C/Town takes you from Johannesburg starting up with Soweto to the Big 5, to the beaches, to the mountains and to the best Wines in the World as you tour the Kruger National Park, Hluhluwe Imfolozi Game Reserve, the Drakensberg and the Garden Route, ending in Cape Town all within a 10 day period. This tour commences in Johannesburg and ends in Cape Town. The tour can also run in reverse starting in Cape Town and ending in Johannesburg. You experience the best that South Africa has to offer.

## Select Date

📅 **Select Date**  ○

| **Tomorrow** Dec 17, 2020 ✓ | **Friday** Dec 18, 2020 ○ |

## Select Time

5:30 AM

## Select Tickets

**Adult** (Ages: 19 to 70)  ⊖ 1 ⊕

**Child** (Ages: 5 to 12)  ⊖ 0 ⊕

  

**URL:** https://activities.marriott.com/things-to-do/V28Hi3ELugESp7u-best-of-south-africa-safari-10-days-joburg-kruger-hluhluwe-drakensberg-c-town
**Screenshot Taken:** 2020-12-16 12:21 (Europe/Dublin)  **HTML Updated:** "activities.marriott.com" reports "12/16/2020 12:21:16".  **Case ID:** CAS-104335  **URL ID:** UID-00777887



South Africa > KwaZulu-Natal > Durban

# Isimangaliso Wetland & Hluhluwe Imfolozi Game Reserve 3 Day Tour From Durban

🔥 **E-Ticket**　⚡ **Instant Confirmation**　🔒 **Day Trip**　👥 **Group Tour**
🧍 **Pickup Service**　🕐 **72 hr**

Encounter the bush and wildlife of beautiful Hluhluwe Umfolozi Game Reserve, home of the big 5, close up (overnight at the Game Reserve). Venture into Isimangaliso Wetlands Park and spend a day exploring the Wetlands, Game Viewing, Snorkeling through this otherworldly wilderness of protected bays and wetlands wonder (overnight in St Lucia). Experience a hippo and croc boat cruise in St Lucia Estuary.

## Select Date

📅 Select Date ○

| **Tomorrow** Dec 17, 2020 ✓ | **Friday** Dec 18, 2020 ○ |

## Select Time

5:00 AM

## Select Tickets

**Adult** (Ages: 19 to 70)　⊖ 1 ⊕

  

Kenya › Nairobi County › Nairobi

# Day Tour: Giraffe Center, Elephant Orphanage and Nairobi National Park

★★★★★ 53 Ratings

⚡ E-Ticket    ⚡ Instant Confirmation    ⚡ Day Trip    ⚡ Private Tour    ⚡ Pickup Service    ⚡ Live Guide    ⏱ 8 hr

This is a full day comprehensive tour of the most important sites around Nairobi. You will start with the giraffe center, then head to the elephant orphanage before heading to the Nairobi National Park.

   

## Itinerary Details

This is a typical itinerary for this product

**Stop At:** Giraffe Centre

After a pick up from your hotel or residency within Nairobi CBD, the tour begins with a visit to the giraffe center. Here you see the magnificent creatures and learn why they are endangered. You will also learn their behaviors, traits and more conservation education. To cap the visit, you get the chance to feed them under the supervision of a trained staff member

Duration: 2 hour

**Stop At:** David Sheldrick Wildlife Trust

Then head to the elephant orphanage which is only open for a short period each day. Here you will learn more about the baby elephants and what led them to be orphans.You will get more information on raising them and the efforts being made to re-introduce them back to the wilderness.

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕

**Stop At:** Nairobi National Park

After this, you will have about an hour for lunch (own expense), then you will go to the Nairobi National park through the main gate for a 3-hour game drive. Your guide will be aiming to show you as much variety of animals as possible. If you're lucky, you may spot the rhinos and lions getting ready for the evening. We use a safari van with a pop up roof for easier game viewing and not a small saloon car. At around 5pm, you will depart the park and be brought back to your hotel or residency within Nairobi CBD.

Duration: 3 hour

| Important Details | ⌄ |
|---|---|

| Cancellation Policy | ⌄ |
|---|---|

## Select Date

📅 Select Date      ○

| Tomorrow Feb 18, 2021 ⊘ | Friday Feb 19, 2021 ○ |
|---|---|

## Select Time

| 8:30 AM |
|---|

## Select Tickets

| Adult (Ages: 18 to 90) | ⊖ 1 ⊕ |
|---|---|
| Child (Ages: 3 to 9) | ⊖ 0 ⊕ |
| Youth (Ages: 10 to 17) | ⊖ 0 ⊕ |
| Infant (Ages: 0 to 2) | ⊖ 0 ⊕ |

| Total | **$214.11** USD |
|---|---|
| | Includes taxes & fees |
| | Earn **1,070** Bonvoy Points |

**BOOK NOW**

## You Might Also Like

    

| Best Nairobi Day Trip:Nairobi National Park, Elephant Orphanage & Giraffe Center | Nairobi National Park Private Day Tour | Safari Tour; Nairobi National Park | Lake Nakuru National Park Day Tour from Nairobi | Day Tour at Nairobi National Park elephant orphanage, giraffe cent karen museum |
|---|---|---|---|---|
| ⏱ 10 hr 👤 Live Guide | ⏱ 24 hr 👤 Live Guide | ⏱ 5 hr 🎧 Audio Guide | ⏱ 9 hr 👤 Live Guide | ⏱ 8.5 hr 👤 Live Guide |
| ★★★★★ 3 Ratings | ★★★★★ 1 Rating | ★★★★★ 10 Ratings | ★★★★★ 2 Ratings | ★★★★★ 27 Ratings |
| From $119 | From $216 | From $28 | From $60 | From $32 |

**Need Help?**

Email customer support at marriott-activities@placepass.com or call us at 857-706-1976

Marriott Bonvoy Tours & Activities and the programs and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott International, Inc. Marriott Bonvoy Tours & Activities uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

United States Dollar ($)

Tours & Activities

Favorites

Rental Cars

Member Exclusives

Help

MARRIOTT BONVOY
TOURS & ACTIVITIES

© Copyright 2021, Marriott Bonvoy Tours & Activities. All rights reserved.

Terms of Service · Privacy Policy



United Arab Emirates  ›  Abu Dhabi Emirate  ›  Abu Dhabi

# Abu Dhabi Quad Bike Desert Safari with 4W Dune Bashing & Off Road Adventure

⚡ E-Ticket      ⚡ Instant Confirmation      🚐 Pickup Service      🚶 Live Guide      ⏱ 6 hr

Abu Dhabi Quad Bike Desert Safari with 4W Dune Bashing & ATV & Off-Road Tours  Experience the Best Adventures Safari in Abu Dhabi with Quad Bike Tours & Thrilling 4×4 Dune Bashing enjoy the desert as never before with our professional desert guides and Experience the adrenaline rush Highlights • Pick up & Drop • 6-hour of desert experience from Abu Dhabi • 20 minutes use of Quad Bike • Enjoy activities at a Bedouin-style camp before the desert heat cranks up • Slip and slide down the dunes on a thrilling 4×4 dune bash • Refuel with complimentary refreshments back at camp








## Itinerary Details

This is a typical itinerary for this product

**Stop At:** Liwa Oasis

Half Day Desert Safari During the afternoon part of your safari, you will discover the true desert of Abu Dhabi. After an exciting drive over the sand dunes, we will visit a camel farm and watch the sunset from the dunes. Our journey will continue until we reach our traditional Arabic camp, and there you will have the opportunity to try a host of activities like henna painting, belly dancing, Shisha, the Arabic sweets and coffee significant to Bedouin culture. After sunset, a BBQ dinner will be served under the starlit sky, with live entertainment to ensure you have a night to remember. You will also be treated to traditional Arabic hospitality, with Arabic coffee and dates served as they have been for centuries and continue to be served in Emirati homes today. 6-hour desert camp, activities and BBQ experience from Abu Dhabi- Experience a 4×4 dune-bashing session, plus sand boarding, camel riding- Watch belly dance, try Arabic Costume and get a henna tattoo- Race through the sands on a quad bike (additional cost)- Watch a beautiful desert sunset and feast on a delicious BBQ- Enjoy complimentary sodas, tea, coffee, and water- Hotel pickup and drop-off included by 4X4 Land Cruiser

Duration: 6 hour

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our  Privacy Policy.  ✕

Important Details                                                            ⌄

## Cancellation Policy                                                        ⌄

## Select Date

📅 Select Date                                                                ◯

| **Friday** Feb 19, 2021  ⊘ | **Saturday** Feb 20, 2021  ◯ |

## Select Time

| **8:00 AM** | 3:00 PM |

## Select Tickets

| Adult  (Ages: 12 to 85) | | ⊖ 2 ⊕ |
| Child  (Ages: 4 to 11) | | ⊖ 0 ⊕ |
| Infant  (Ages: 1 to 3) | | ⊖ 0 ⊕ |

| **Total** | **$450.00** USD |
| | Includes taxes & fees |
| | Earn **2,250** Bonvoy Points |

**BOOK NOW**

## You Might Also Like







| **Evening Desert Safari Abu Dhabi** ⏱ 6 hr  🚐 Pickup Service ★★★★★ 1 Rating  From **$67** | **Private Hummer Desert Safari Abu Dhabi with Hot BBQ Dinner** ⏱ 6 hr  🚐 Pickup Service ★★★★★ 2 Ratings  From **$400** | **Private Morning Desert Safari with Camel Ride & Sand Skiing** ⏱ 4.5 hr  🚐 Pickup Servi... ★★★★★ 1 Rating  From **$200** | **Sunrise Desert Safari Tour from Abu Dhabi** ⏱ 3 hr  🚶 Live Guide ★★★★★ 2 Ratings  From **$72** | **Abu Dhabi Half Day Desert Safari** ⏱ 6 hr  🚶 Live Guide ★★★★★ 1 Rating  From **$57** |

**Need Help?**

Email customer support at marriott-activities@placepass.com or call us at 857-706-1976

Marriott Bonvoy Tours & Activities and the Tours and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott International, Inc. Marriott Bonvoy Tours & Activities uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

United States Dollar ($)  ⌄

Tours & Activities

Favorites

Rental Cars

Member Exclusives

Help

**MARRIOTT BONV**℞Y
**TOURS & ACTIVITIES**

© Copyright 2021, Marriott Bonvoy Tours & Activities. All rights reserved.

Terms of Service  •  Privacy Policy

Modified: 17 Feb 2021  Screenshot: 17 Feb 2021 19:09:59

United Arab Emirates > Abu Dhabi Emirate > Abu Dhabi

# Al Ain City Sightseeing - Al Ain Museum & Forts & Camel Market & Mosques & More

⚡ E-Ticket    ⚡ Instant Confirmation    🎫 Private Tour    🎫 Pickup Service    🎫 Live Guide

🕐 8 hr

Al Ain City Tour from Abu Dhabi Explore the Real Emirates. Experience culture, history and adventure in this city Al Ain is called also the city of Gardens The highlights of the tour • Day trip to Al Ain from Abu Dhabi with a local guide • Explore the UAE's oasis "Garden City," known for its green parks • Visit Al Ain National Museum and Sheikh Zayed Palace Museum • See the traditional falaj water channels amid the oasis palms • Travel up Jebel Hafeet mountain for epic city views • Walk around a food market, camel racetrack and mountain springs



## Select Date

📅 Select Date ○

| Saturday Feb 20, 2021 ✓ | Sunday Feb 21, 2021 ○ |

## Select Time

8:30 AM

## Select Tickets

**Adult** (Ages: 12 to 99)    ⊖ 2 ⊕
**Child** (Ages: 5 to 11)    ⊖ 0 ⊕
**Infant** (Ages: 1 to 4)    ⊖ 0 ⊕

**Total**    **$350.00** USD
Includes taxes & fees

Earn **1,750**
Bonvoy Points

**BOOK NOW**

### Itinerary Details ∧

Al Ain Full Day City Tour Abu Dhabi
Day trip to Al Ain from Abu Dhabi with a local guide
Explore the UAE's oasis "Garden City," known for its green parks
Visit Al Jahili Fort and Sheikh Zayed Palace Museum
See the traditional falaj water channels amid the oasis palms
Travel up Jebel Hafeet mountain for epic city views
Walk around a Camel market, camel racetrack and mountain springs
Savor a buffet lunch of international cuisine at a 4-star hotel

### Important Details ∨

### Cancellation Policy ∨

## You Might Also Like



**60-minute Abu Dhabi boat tour of the Corniche, Emirates Palace and Lulu Island**
⚡ Instant Confirmation
⚡ E-Ticket
From $43

**Dhow dinner cruise from Abu Dhabi**
⚡ Instant Confirmation
⚡ E-Ticket
From $91

**Sunrise Desert Safari Tour from Abu Dhabi**
🕐 3 hr  🎫 Live Guide
★★★★★
2 Ratings
From $72

**Al Ain Day Trip from Abu Dhabi with Lunch**
🕐 9 hr  🎫 Live Guide
★★★★☆
50 Ratings
From $109

**Private Morning Desert Safari with Camel Ride & Sand Skiing**
🕐 4.5 hr  🎫 Pickup Service
★★★★★
1 Rating
From $200



**Need Help?**

Email customer support at marriott-activities@placepass.com or call us at 857-706-1976

Marriott Bonvoy Tours & Activities and the programs and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott International, Inc. Marriott Bonvoy Tours & Activities uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

United States Dollar ($) ▼

Tours & Activities

Favorites

Rental Cars

Member Exclusives

Help

MARRIOTT BONV⊗Y
TOURS & ACTIVITIES

© Copyright 2021, Marriott Bonvoy Tours & Activities. All rights reserved.

Terms of Service • Privacy Policy

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕



MARRIOTT BONVOY
TOURS & ACTIVITIES

Tours & Activities    Favorites    Rental Cars    Member Exclusives    Help

Mexico › Jalisco › Puerto Vallarta

# Whale Watching in Puerto Vallarta Cruise All Inclusive

★★★★★ 3 Ratings

⚡ E-Ticket    ⚡ Instant Confirmation    ⚡ Group Tour    🕐 4.5 hr

This specialized excursion is designed to capture the magical moment when you have an encounter with the beautiful dolphins and the majestic humpback whales in Banderas Bay. The essence of this Tour is to observe marine life and enjoy beautiful moments when you can calmly contemplate whales and dolphins while playing, jumping and enjoying their natural habitat. There is no "typical day" in this adventure. We usually let the whales and dolphins "take over" the itinerary. We cannot always predict where we are going to find them, so we let them guide us along their favorite route of the day. Available from December to March, our Whale Tour is one of the most popular sighting trips in Puerto Vallarta

   

## Itinerary Details

It includes:

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕

Marine transport
Continental Breakfast (Coffee, Fruit, Bread, Granola, etc)
National Open Bar on the Boat (Tequila, Rum, Vodka, Beer, Soft Drinks, Juice and Water)
Lunch Croissant Various
Humpback Whale Watching
Too much fun!!!
Bilingual guides
On board insurance

## Important Details    ⌄

## Cancellation Policy

For a full refund, cancel at least 48 hours in advance of the start date of the experience.

## Select Date

📅 Select Date                                                      ○

| **Wednesday** Dec 09, 2020 ⊘ | **Thursday** Dec 10, 2020 ○ |

## Select Time

| 8:30 AM | 12:30 PM |

## Select Tickets

| Adult (Ages: 12 to 99) | ⊖ 1 ⊕ |
| Child (Ages: 6 to 11) | ⊖ 0 ⊕ |
| Infant (Ages: 1 to 5) | ⊖ 0 ⊕ |

Total                                                    **$54.35** USD
                                                   Includes taxes & fees

                                                        Earn **271**
                                                      Bonvoy Points

**BOOK NOW**

## You Might Also Like




**Full-Day Experience in Banderas Bay**

🕐 8 hr  👥 Group Tour

★★★★★    From
6 Ratings   **$78**




**Scuba Diving with a 5-Star PADI Center in Puerto Vallarta**

🕐 7 hr  👥 Group Tour

★★★★★    From
1 Rating   **$109**




**Yelapa and Majahuitas Snorkeling in Puerto Vallarta Cruise All Inclusive**

🕐 8 hr  👥 Group Tour

★★★★★    From
2 Ratings   **$57**




**Marietas Islands: Snorkel Cruise from Puerto Vallarta**

🕐 7 hr  👥 Group Tour

★★★★★    From
82 Ratings  **$89**



**Private Surf Lesson Experience at Puerto Vallarta**

🕐 5 hr  👥 Group Tour

★★★★★    From
4 Ratings   **$76**

### Need Help?

Email customer support at marriott-activities@placepass.com or call us at 857-706-1976

Marriott Bonvoy Tours & Activities and the programs and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott International, Inc. Marriott Bonvoy Tours & Activities uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

United States Dollar ($)  ⌄

**Tours & Activities**

Favorites

Rental Cars

Member Exclusives

Help

MARRIOTT BONVOY
TOURS & ACTIVITIES

© Copyright 2020, Marriott Bonvoy
Tours & Activities. All rights reserved.

Terms of Service  ·  Privacy Policy


Tenzania / Arusha Region

# The Utmost Serengeti Wildebeest Migration and Big Five

🔥 E-Ticket   ⚡ Instant Confirmation   ☀ Day Trip   👥 Group Tour   ⏱ 120 hr

This astonishing annual Great Migration of wildebeest and other grazing herbivores across the Serengeti is one of the most amazing sights in nature, which takes place seasonally in Tanzania and Kenya, clearly demonstrating the rhythms of life in Africa. First the rain turns the grass luscious and green attracting the wildebeest, which in turn attract the predators in the form of lions and crocodiles, who feed on the wildebeest as they cross the savannah and rivers following the path of the ripening grass. This non-stop parade of animals consists of over one million wildebeest, approximately 250,000 Zebras and countless Thompson's Gazeles.




## Itinerary Details

Day 1: Arusha to Serengeti National Park



This site uses cookies to improve your experience. By continuing to browse you agree to our use of cookies. Learn more in our Privacy Policy. ✕

1300 Hrs. Break for lunch which will be served at the picnic area

1400 Hrs. Evening game drive in Serengeti National Park to return in the evening for dinner and overnight at Serengeti Acacia Camps.

Meals: Lunch I Dinner

Accommodation: Serengeti Acacia Camps

Day 2: Serengeti National Park (Tracing the direction

of the Wildebeests)

0630 Hrs. Early morning game drives in the in the Park

0930 Hrs. Return to lodge for breakfast and relax at Leisure.

1300 Hrs. Lunch will be served at your Lodge.

1400Hrs. Afternoon game in Serengeti, to return in the evening for dinner and overnight at Serengeti Acacia Camps.

Meals:

Lunch I Dinner IBreakfast

Accomodation: Serengeti Acacia Camps

Day 3: Central Serengeti (Tracing the direction

0830 Hrs. After your breakfast; depart from your lodge for game drive in Serengeti National Park.

1300 Hrs. Stop at the Picnic Site for Picnic Lunch.

1400 Hrs. Afternoon game in Serengeti, to return in the evening for dinner and overnight at Serengeti Acacia Camps

Meals:

Lunch I Dinner IBreakfast

Accommodation: Serengeti Acacia Camps

Day 4: Serengeti – Ngorongoro/Olduvai

0630 Hrs. Early morning game drives in the Park

0930 Hrs. Return to lodge for breakfast and relax at Leisure.

1200 Hrs. Lunch will be served at your Lodge

1300 Hrs. Drive to Ngorongoro Conservation Area. It is your "Option" whether you pass by Olduvai Gorge a historical site whereby the early man lived and can also pass by the Maasai boma if you are interested in the real African life tradition and culture. Dinner and overnight at Ngorongoro Rhino Lodge.

Meals:

Lunch I Dinner IBreakfast

Accommodation: Ngorongoro Rhino Lodge

Day 5: Ngorongoro Crater – Arusha

0730 Hrs; after breakfast, drive and descend into the crater floor with your lunch box for game viewing. The famous Ngorongoro Crater is rich of wildlife, each species have their own territories.

1300 Hrs; Stop at the Picnic Site for Picnic Lunch, which will be served on the crater floor at the picnic site near Leral forest or hippo pool.

1400 Hrs; Ascend the Crater and drive to Arusha. The rest of the days will be on your own arrangement.

Meals: Breakfast I Lunch

## Important Details ⌄

## Cancellation Policy

For a full refund, cancel at least 48 hours in advance of the start date of the experience.

## Select Date

📅 Select Date

| Tuesday Dec 08, 2020 ✓ | Wednesday Dec 09, 2020 |

## Select Tickets

Adult (Ages: 11 to 99)   ⊖ 2 ⊕

Child (Ages: 3 to 10)   ⊖ 0 ⊕

Total   **$6,594.00** USD
Includes taxes & fees
Earn **32,970** Bonvoy Points

**BOOK NOW**

## You Might Also Like



| Private Tour to Materuni Waterfalls and Kikuletwa Hot Springs | 3 days serengeti & ngorongoro lodge tour | Lake Manyara Guided Day Tour from Arusha | 6-Day Tanzania Camping Safari: Lake Manyara, Serengeti, Ngorongoro Cater and Tarangire National Park from Arusha | 4 Days Join Group Tarangire Serengeti and Ngorongoro |
|---|---|---|---|---|
| ⏱ 12 hr  📍 Pickup Servi... | ⏱ 72 hr  📍 Pickup Servi... | ⏱ 24 hr  📍 Pickup Servi... | ⏱ 144 hr  📍 Pickup Servi... | ⏱ 96 hr  👥 Group Tour |
| ★★★★★ 1 Rating  From $145 | ★★★★★ 1 Rating  From $1,454 | ★★★★★ 1 Rating  From $308 | ★★★★☆ 3 Ratings  From $1,575 | ★★★★★ 1 Rating  From $988 |

### Need Help?

Email customer support at marriott.activities@placepass.com or call us at 857-706-1976.



United States Dollar ($)   ⌄

Tours & Activities
Favorites
Rental Cars
Member Exclusives
Help

MARRIOTT BONVOY
TOURS & ACTIVITIES
© Copyright 2020, Marriott Bonvoy
Tours & Activities. All rights reserved.

Marriott Bonvoy Tours & Activities and the programs and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott International, Inc. Marriott Bonvoy Tours & Activities uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

Terms of Service · Privacy Policy

Modified: 05 Dec. 2020    Screenshot: 05 Dec. 2020 19:34:13


Kenya > Nairobi County > Nairobi

# Classic Best Of Kenya And Tanzania 2020

🎟 E-Ticket    ⚡ Instant Confirmation    🧳 Day Trip    👥 Group Tour

🧍 Pickup Service    🕐 312 hr

Our professional guides are there to assist you every step of the way. Even though there is a general outline of your safari, your guide will talk with you regarding each day's plans. He will tell you about the country you are visiting, its history, traditions, the area you are visiting, what you see; he will take you to the loveliest places, look after any formalities or negotiations with the local people, and take care of your safety and comfort. They all are proficient in bush craft, and can also tell you about the local traditions, wildlife, identify the birds, and help you learn more about the world around you. All our guides speak English as well as their local language and some speak French and Spanish as well. Days will vary depending on your specific schedule, road conditions, and what you would like to do

  

## Itinerary Details ⌃

Nairobi

## Important Details ⌄

## Cancellation Policy ⌃

For a full refund, cancel at least 48 hours in advance of the start date of the experience.

### Select Date

📅 Select Date ○

| Tomorrow Dec 17 ✓ | Fri Dec 18 ○ |

### Select Time

6:00 AM

### Select Tickets

| Adult (Ages: 24 to 35) | ⊖ 1 ⊕ |
| Senior (Ages: 36 to 100) | ⊖ 0 ⊕ |
| Child (Ages: 3 to 12) | ⊖ 0 ⊕ |
| Infant (Ages: 0 to 2) | ⊖ 0 ⊕ |
| Youth (Ages: 13 to 23) | ⊖ 0 ⊕ |

Total    **$8,323.08** USD
Includes taxes & fees

Earn **41,615** Bonvoy Points

**BOOK NOW**

## You Might Also Like



**Breathtaking Amboseli**
🕐 72 hr  👥 Group Tour

From
**$1,045**



**Explore Kenya**
🕐 48 hr  👥 Group Tour

From
**$513**



**Classic Luxury 4 X 4 Masai Mara Safari**
🕐 96 hr  👥 Group Tour

From
**$1,252**



**4 Days 3 Nights Lake Nakuru Masai Mara Nairobi Big 5 Safari Package**
🕐 48 hr  🧍 Pickup Service

From
**$1,417**



**Need Help?**

Email customer support at marriott-activities@placepass.com or call us at 857-706-1976

Marriott Bonvoy Tours & Activities and the programs and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott International, Inc. Marriott Bonvoy Tours & Activities uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

United States Dollar ($) ▼

Tours & Activities

Favorites

Rental Cars

Member Exclusives

Help

MARRIOTT BONVOY
TOURS & ACTIVITIES

© Copyright 2020, Marriott Bonvoy Tours & Activities. All rights reserved.

Terms of Service · Privacy Policy

  
# Best Of South Africa Safari - 10 Days Joburg-Kruger-Hluhluwe-Drakensberg- C/Town

🚶 E-Ticket  📅 Confirmation  📅 Day Trip  👥 Group Tour

⭐ Pickup Service  ⏱ 240 hrs

Best Of South Africa Safari -10 Days Joburg-Kruger, Hluhluwe, Drakensberg, C/Town takes you from Johannesburg starting up with Soweto to the Big 5 to the beaches, to the mountains and to the best Wines in the World as you tour the Kruger National Park, Hluhluwe Umfolozi Game Reserve, the Drakensberg and the Garden Route, ending in Cape Town of which a City tour is done including a visit to Table Mountain. This tour can also run in reverse starting in Cape Town and ending in Johannesburg. You experience the best that South Africa has to offer.

## Itinerary Details

**Day 1: We pick you up in Johannesburg and head on a tour of Soweto**

**Stop At:** Vilakazi Street, Soweto, Johannesburg 1804 South Africa
This is a unique street as it is the only street in the world to have produced 2 Nobel prize winners : Nelson Mandela and Desmond Tutu. In Vilakazi Street Soweto you will experience/visit
☐ Hector Pieterson Memorial and Museum
☐ Isaac Morrison Memorial and Museum
☐ Nelson Mandela and Desmond Tutu Houses are an attraction
☐ Restaurants upon restaurants
☐ Street Art fares, Music, Dancers, Clothes sales
☐ African food

From Soweto we head off to Kruger National Park for the night at Santorweni Luxury Lodge.

Duration: 3 hours

**Stop At:** Santorweni Resort Hotel & Spa, Stormsveil Way, Hazyview Mpumalanga, Hazyview, 1242, South Africa
For dinner and overnight
Duration: 12 hours

Meals included:
• Breakfast
• Dinner
Accommodation included: Overnight at Santorweni Luxury Lodge in Kruger National Park

**Day 2: Day safari at Kruger National Park**

**Stop At:** Kruger National Park, Kruger National Park
Full day safari in the Kruger National Park - one of the largest and best game reserves in Africa. The area covering almost 2 million hectares is home to an impressive number of species (almost 150 mammals, more than 500 birds, and 100 reptiles) among them the famous "Big Five" – lions, elephant, leopard, buffalo and rhino, and the day with dinner and overnight stay at the Santorweni Luxury Lodge.

Meals included:
• Breakfast
• Dinner
Accommodation included: Overnight at Santorweni Luxury Lodge in Kruger National Park

**Day 3: Depart from Santorweni Lodge in Kruger National Park to Hluhluwe Imfolozi Game Reserve**

**Stop At:** Hluhluwe - iMfolozi Park Wilderness Area, Hluhluwe Game Reserve South Africa
Hluhluwe–imfolozi Park is the oldest proclaimed nature reserve in Africa. It consists of 960 km² of hilly topography and is known for its rich wildlife and conservation efforts. It is also home to the famous Big 5 and many more animals, birds and plant species.
On arrival at Hluhluwe-iMfolozi Game Reserve, we check into the Hilltop Elephant Camp Resort which is situated inside the Game Reserve. After check - in we immediately go for an afternoon game drive. We end the day with a famous South African style dinner braai.

Duration: 8 hours

Meals included:
• Breakfast
• Dinner
Accommodation included: Overnight at Hluhluwe Imfolozi Game Reserve

**Day 4: Full day Safari at Hluhluwe Imfolozi Game Reserve**

**Stop At:** Hluhluwe Game Reserve, Hluhluwe Game Reserve, KwaZulu-Natal
Full game drives all day End the day with dinner and night at Hilltop Elephant Camp Resort. Watch for animals as they graze next to your accommodation.
Duration: 8 hours

Meals included:
• Breakfast
• Dinner
Accommodation included: Overnight at Hluhluwe Imfolozi Game Reserve

**Day 5: Depart from Hluhluwe Imfolozi Game Reserve and head off to Phezulu Safari Park**

**Stop At:** Phezulu Safari Park, Old Main Road, Durban 3660 South Africa
Here we experience :
☐ Zulu culture and dance
☐ Crocodile and snake park where you will be taken on a tour by knowledgeable guides – optional visit

Duration: 4 hours

**Stop At:** Nelson Mandela Capture Site, R103, Howick 3620 South Africa
From Nelson mandela Capture site, we proceed to the Nelson Mandela Capture Site. This is the exact site where Nelson Mandela was captured on the 5th of August 1962 which sent him to spend 27 years in prison. Here we visit
☐ The Museum
☐ The world renowned Nelson Mandela Capture Site.

**Stop At:** Phezulu Safari Park, Old Main Road, Durban 3660 South Africa
From the Nelson Mandela Capture Site we proceed to the Drakensberg, driving through the majestic Midlands. The Midlands is a year round destination, with cosy pubs and blazing fires beckoning when snow falls on the nearby Drakensberg mountains in winter, and cool rivers running, waterfalls and wild flowers in summer. We arrive at the Giant's Castle in the Drakensberg for the night.
Duration: 2 hours

Meals included:
• Breakfast
• Dinner
Accommodation included: Overnight at Drakensberg Mountains Resort

**Day 6: Drakensberg Mountains**

**Stop At:** Drakensberg Mountains, Drakensberg Region South Africa
The Giant's Castle is a mountain peak in the southern African Drakensberg, in KwaZulu, Natal. Giants Castle offers visitors to the regions hiking opportunities with panoramic views. On day 6 we explore/experience:
☐ Visit mountain paintings partly by the Bushmen of Southern Africa. Your tour offers ancient people.
Continue to tour the Drakensberg before leaving to Durban for overnight at the Blue Waters Hotel.
Duration: 8 hours

Meals included:
• Breakfast
• Dinner
Accommodation included: Overnight at Blue Waters Hotel in Durban

**Day 7: Durban Beaches and places of interest in Durban**

**Stop At:** Durban, Durban, KwaZulu-Natal
Leave Durban mid-day leaving the hustle and bustle of the city behind as the road takes us through a variety of popular beach resorts, including Amanzimtoti, Umkomaas, Scottburgh and Port Edward, the Hibiscus Coast and Port Shepstone. Further on travel through Shelley Beach, Uvongo and South Beach, finally reaching Port Edward. Overnight at Port Edward.
Duration: 4 hours

**Stop At:** Port Edward, Port Edward, KwaZulu-Natal
Visit local beaches and other areas of interest
Duration: 4 hours

Meals included:
• Breakfast
• Dinner
Accommodation included: Overnight at Port Edward

**Day 8: Drive from Port Edward to East London**

**Stop At:** Cintsa Beach, Dolphin, Pt, Cintsa 5275 South Africa
On this day tour from Port Edward passing through both rural villages and larger towns, such as Bizana, Flagstaff and Lusikisiki. We also pass Lmhlanga, Old Bunting and Ngqeleni. We pass Coffee Bay and Mazeppa Bay before arriving in East London. This scenic coastal route features many beautiful beaches and stirring rural scenery where cattle graze and diving beaches and other areas we encounter those culture as we pass through Xhosa villages. Overnight in East London.
Duration: 4 hours

Meals included:
• Breakfast
• Dinner
Accommodation included: Overnight in East London

**Day 9: Tour from East London to Port Elizabeth**

**Stop At:** Port Alfred, Port Alfred, Eastern Cape
Visit the top tourist centre in South Africa and its world famous beaches
Duration: 4 hours

**Stop At:** Port Elizabeth, Port Elizabeth, Eastern Cape
Visit local beaches and other areas of interest
Duration: 4 hours

**Stop At:** Wilderness, Wilderness, Western Cape
Commencing our tour from East London, stop briefly in Port Alfred and then proceed to Port Elizabeth which has some world famous beaches. We continue our garden route tour making several stops and visiting beaches and other areas as we travel from Port Elizabeth to Mossel Bay traveling through the Wilderness National Park and the Garden Route before arriving in George. In George we rest and have our overnight stay in George. Along the way we encounter Xhosa culture as we pass through Xhosa villages. Overnight's up in George for the night.

Meals included:
• Breakfast
• Dinner
Accommodation included: Overnight in George

**Day 10: Tour from George to Mossel Bay, to Hermanus and finally arrive in Cape Town**

**Stop At:** Mossel Bay, Mossel Bay, Western Cape
Mossel Bay is a harbour town on the Garden Route in South Africa's Western Cape Province. It's known for the wide Santos Beach and the 16th-century Cape St. Blaze Lighthouse, which offers bay views.
Duration: 2 hours

**Stop At:** Hermanus, Hermanus, Overstrand, Overberg District, Western Cape
Hermanus is a seaside town southeast of Cape Town, in South Africa's Western Cape Province. It's known as a whale-watching destination. Beaches include Voëlklip Beach and the broad Grotto Beach, overlooking Walker Bay.
Duration: 2 hours

**Stop At:** Hout Bay, Cape Town, Western Cape
We make stop-overs and we are sure to stop over in Hermanus which is world famous for whale watching and we have our lunch there. We drive along the coastline enjoying the beautiful scenery and finally arriving in Cape Town. In Cape Town we take afternoon to drop off in Hermanus, and finally arrive in Cape Town, world famous for whale watching. We drop over for wine tasting in the famous Franschhoek before arriving in Cape Town. After we drop off. We drop off at the hotel.
Note: – Minimum 2 people booking.

Meals included:
• Breakfast
Accommodation included: No accommodation included on this day.

## Important Details

## Cancellation Policy

If you cancel at least 4 day(s) in advance of the scheduled departure, there is no cancellation fee.If you cancel within 3 day(s) of the scheduled departure, there is a 100 percent cancellation fee.

---

**You Might Also Like**

| Sun City Day Tour from Johannesburg | Pretoria City and Cullinan Mine Full Day Tour from Johannesburg or Pretoria | Pubs, Bars, and Rooftops | Taste of Africa (Yeoville Food Experience) |
|---|---|---|---|
| 🚶 Pickup Service  👥 Group Tour | 🚶 Pickup Service  👥 Group Tour | 👥 Group Tour | 👥 Group Tour |
| $187 | $217 | $84 | $29 |

MARRIOTT BONVOY
TOURS + ACTIVITIES

South Africa > KwaZulu-Natal > Durban

# Isimangaliso Wetland & Hluhluwe Imfolozi Game Reserve 3 Day Tour From Durban

🎫 E-Ticket   ✅ Instant Confirmation   ☀ Day Trip   👥 Group Tour

🚐 Pickup Service   ⏱ 72 hr

Encounter the bush and wildlife of beautiful Hluhluwe Umfolozi Game Reserve, home of the big 5, close up (overnight at the Game Reserve). Venture into Isimangaliso Wetlands Park and spend a day exploring the Wetlands, Game Viewing, Snorkeling through this otherworldly wilderness of protected bays and wetlands wonder (overnight in St Lucia). Experience a hippo and croc cruise in St Lucia Estuary.

  

## Itinerary Details

**Day 1: Depart from Durban at 5:00am and head off to Hluhluwe Imfolozi Game Reserve arriving at 8:00am to commence game drives**

**Stop At:** Hluhluwe - iMfolozi Park Wilderness Area, Hluhluwe Game Reserve South Africa

Enter Hluhluwe Imfolozi Game Reserve, the oldest game reserve in Africa, and widely regarded world-wide for its rhino conservation efforts, is home to the big 5 and many other animals and over 500 bird species. Immediately begin game drives, breaking off for lunch later. After lunch check into the Hilltop Ezenvelo Wildlife Camp for accommodation. This is followed by an afternoon game drive.

As dusk sets in, retire to the hotel for a South African style dinner braai. Be on the lookout for animals grazing right next to your hotel room as the night begins to fall. By this time you should be having a very large collection of animals seen.

Duration: 8 hours

Meals included:
• Dinner
Accommodation included: Overnight at Hilltop Ezenvelo Wildlife Camp

**Day 2: Begin the day with an early morning game drive. This is followed up with breakfast before heading off to Isimangaliso**

**Stop At:** iSimangaliso Wetland Park, iSimangaliso Wetland Park, KwaZulu-Natal

After the early morning game drive and breakfast at Hluhluwe Imfolozi Game Reserve, proceed to Isimangaliso Wetland Park. Venture into Isimangaliso Wetland Park, South Africa's first World Heritage Site - declared by UNESCO in1999. Stretching 328 000 ha (3,280 km2), iSimangaliso Wetland Park includes five major ecosystems. On a 4x4 Off-Road, this tour will include magnificent game viewing, bird spotting, short hikes and a visit to Cape Vidal with snorkeling and Whale Watching in season (June to end November)
Animals such as the endangered White & Black Rhino, Cape buffalo, Elusive Leopard, Hippo, Zebras, Red Duiker, Kudu, and other animals may be witnessed while out on safari. Birders too will be amazed when they see the number of birds in the park. Enjoy the Safari Game Drives and Guided Walking Safaris which will take you to breathtaking landscapes.

End the day by checking into your hotel in St Lucia and a dinner there.

Duration: 12 hours

Meals included:
• Breakfast
• Dinner
No accommodation included on this day.

**Day 3: Explore the Isimangaliso Wetland Park further by going for a hippo and croc boat cruise at St Lucia Estuary**

**Stop At:** Saint Lucia Estuary, Greater St. Lucia Wetland Park, St Lucia 3936 South Africa

After breakfast,experience the hippo and croc boat cruise travelling up one of the largest Estuarine systems in Africa. This estuary is home to 800 Hippo's and approximately 1000 Nile Crocodiles not to mention the abundance of Bird-life. This activity is an optional extra. Close encounters with hippo and crocodiles are the main attraction of this tour.
Duration: 2 hours

**Stop At:** St Lucia, St Lucia, KwaZulu-Natal

relax in the morning, exploring St Lucia. St Lucia remains magnificent and wild, with Hippo's still roaming the residential streets at night. St Lucia is a magical place to discover, with beaches that stretch as far as the eye can see. There is still a chance to go for one more game drive in Hluhluwe Imfolozi Game Reserve or Isimangaliso Wetland Park.

Depart for Durban in the afternoon fro drop offs at around 6:00pm.

Duration: 10 hours

Meals included:
• Breakfast
No accommodation included on this day.

## Important Details ⌄

## Cancellation Policy ⌃

If you cancel at least 4 day(s) in advance of the scheduled departure, there is no cancellation fee.If you cancel with 3 day(s) of the scheduled departure, there is a 100 percent cancellation fee.

---

### Select Date

📅 Select Date

| Tomorrow Dec 17 ✓ | Fri Dec 18 |

### Select Time

🕘 9:00 AM

### Select Tickets

| Adult (Ages: 19 to 70) | ⊖ 1 ⊕ |
| Child (Ages: 5 to 12) | ⊖ 0 ⊕ |
| Senior (Ages: 71 to 90) | ⊖ 0 ⊕ |
| Youth (Ages: 13 to 18) | ⊖ 0 ⊕ |
| Infant (Ages: 1 to 4) | ⊖ 0 ⊕ |

| **Total** | **$871.72** USD |

Includes taxes & fees

Earn **4,358** Bonvoy Points

**BOOK NOW**

---

## You Might Also Like





**Durban Shore Excursion: Tala Game Reserve Tour**
⏱ 6 hr   👥 Group Tour
★★★★☆
3 Ratings   From **$96**

**Tala Mini Day Safari - Durban**
⏱ 6 hr   🚐 Pickup Service
★★★★★
2 Ratings   From **$121**

**Durban: Journey along the Epic Sani Pass & Lesotho Tour**
⏱ 13 hr   🚐 Pickup Service
★★★★★
1 Rating   From **$136**

**One day Drive Safari of Isimangaliso Wetland Park From Durban**
⏱ 13 hr   🚐 Pickup Service
From **$206**

**Need Help?**
Email customer support at marriott-activities@placepass.com or call us at 857-706-1976

Marriott Bonvoy Tours & Activities and the programs and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott International, Inc. Marriott Bonvoy Tours & Activities uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

United States Dollar ($)

MARRIOTT BONVOY
TOURS & ACTIVITIES
© Copyright 2020, Marriott Bonvoy Tours & Activities. All rights reserved.

Terms of Service  •  Privacy Policy



Kenya › Nairobi County › Nairobi

# Explore Kenya

🎫 E-Ticket    ⚡ Instant Confirmation    ☀ Day Trip    👥 Group Tour    ⏱ 48 hr

Trips of Africa gives you Africa's best destinations experience carefully curated ,whatever your dream safari we can make it true...with super amazing discounts and deals!



## Itinerary Details

**Day 1: Masai Mara national park**

**Stop At:** Maasai Mara National Reserve, Narok 00100 Kenya
Get to see the big five wild animals and experience exotic sceneries
Duration: 2 hours

Meals included:
• Breakfast: Breakfast is included in our packages
• Dinner
Accommodation included: Overnight at Mara Serena hotel

**Day 2: Masai Mara -Nakuru**

**Stop At:** Menengai Crater, Nakuru Kenya
Experience nakuru menengai crater
Duration: 2 hours

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy.  ✕

Meals included:
• Lunch
• Breakfast
• Dinner
Accommodation included: Overnight at sarova lion hill

## Important Details    ⌄

## Cancellation Policy

For a full refund, cancel at least 48 hours in advance of the start date of the experience.

## Select Date

📅 Select Date    ◯

| Sunday<br>Dec 20, 2020 ⊘ | Monday<br>Dec 21, 2020 ◯ |
|---|---|

## Select Option

| Accomodation<br>Full board Pickup included ⊘ |
|---|
| Transport<br>Van Pickup included ◯ |

## Select Time

| 6:00 AM | ALL DAY |
|---|---|

## Select Tickets

**Adult** (Ages: 0 to 120)    ⊖ 1 ⊕

| Total | **$512.83** USD |
|---|---|
| | Includes taxes & fees |
| | Earn **2,564**<br>Bonvoy Points |

**BOOK NOW**

### You Might Also Like



**Classic Bespoke And Intimate Safari 2019/2020**
⏱ 240 hr    🚐 Pickup Serv...
From
**$8,349**

**Classic Masai Mara Safari**
⏱ 72 hr    👥 Group Tour
From
**$821**

**Africa Tribal Adventurous Photographic Expedition – 15 Days**
⏱ 48 hr    👥 Group Tour
From
**$14,560**

**Malindi And Watamu Safari**
⏱ 168 hr    🚐 Pickup Serv...
From
**$3,200**

**Breathtaking Amboseli**
⏱ 72 hr    👥 Group Tour
From
**$1,045**

**Need Help?**

Email customer support at marriott-activities@placepass.com or call us at 857-706-1976.

Marriott Bonvoy Tours & Activities and the programs and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott International, Inc. Marriott Bonvoy Tours & Activities uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

United States Dollar ($)

Tours & Activities

Favorites

Rental Cars

Member Exclusives

Help

MARRIOTT BONVOY
TOURS & ACTIVITIES

© Copyright 2020, Marriott Bonvoy Tours & Activities. All rights reserved.

Terms of Service  •  Privacy Policy

Kenya › Nairobi County › Nairobi

# 2 Days/1 Night Express Masai Mara

🔥 E-Ticket    ⚡ Instant Confirmation    🚐 Day Trip    👥 Group Tour    📍 Pickup Service    ⏱ 48 hr

A trip to Kenya is not complete without a Safari where nature mingles with wildlife. Experience our rich culture, breathtaking landscapes and the most beautiful scenery you could ever find. Do not miss the magnificent African sunrise, and , sunset, it is priceless!

   

---

## Itinerary Details

**Day 1: Nairobi - Masai Mara Game Reserve**

**Stop At:** Maasai Mara National Reserve, Narok 00100 Kenya
We start early, at 05:00 hrs to maximize on game viewing opportunities. We drive down the scenic escarpment of The Great Rift Valley with a brief stop at Rift Valley Escarpment. The dawn drive takes in the African sunrise, Rift valley escarpment and Masai plains. We arrive at Masai Mara Game Reserve and after check-in, take the first game drive in the Masai Mara Game Reserve . We will enjoy a picnic lunch by Mara River with views of hippos and crocodiles. Return to the lodge/camp for dinner and overnight stay.
Duration: 5 hours

Meals included:
• Lunch
• Dinner
Accommodation included: Semi Luxury Tent/Lodge

**Day 2: Masai Mara Game Reserve - Nairobi**

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕

We start with early breakfast and early game drive, and thereafter depart for Nairobi.

Duration: 5 hours

Meals included:
• Breakfast
Accommodation included: Semi Luxury Tent/Lodge

---

**Important Details** ⌄

---

**Cancellation Policy** ⌄

---

## Select Date

📅 Select Date ⚪

| Today Dec 16, 2020 ⦿ | Tomorrow Dec 17, 2020 ⚪ |

### Select Tickets

| | | |
|---|---|---|
| **Adult** (Ages: 11 to 11) | ⊖ 1 ⊕ |
| **Child** (Ages: 8 to 9) | ⊖ 0 ⊕ |
| **Senior** (Ages: 18 to 40) | ⊖ 0 ⊕ |
| **Youth** (Ages: 10 to 10) | ⊖ 0 ⊕ |
| **Infant** (Ages: 5 to 6) | ⊖ 0 ⊕ |

**Total**    This ticket combination is unavailable. Please try a different date or time.
-- USD
Includes taxes & fees

**BOOK NOW**

## You Might Also Like


**Masai Mara 2 days budget group joining safari tour**
⏱ 48 hr  👥 Group Tour
From
**$327**


**4 Days 3 Nights Lake Nakuru Masai Mara Nairobi Big 5 Safari Package**
⏱ 48 hr  📍 Pickup Servi...
From
**$1,417**


**Nairobi Highlights Day Tour**
⏱ 8 hr  📍 Pickup Service
From
**$431**


**Masai Mara, Amboseli National Park 5days Safari.**
⏱ 40 min  📍 Pickup Ser...
From
**$1,472**


**3 Days 2 Nights Masai Mara Safaris**
⏱ 72 hr  📍 Pickup Servi...
From
**$462**

**Need Help?**

Email customer support at marriott-activities@placepass.com or call us at 857-706-1976

Marriott Bonvoy Tours & Activities and the programs and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott Bonvoy Tours & Activities use under license from Marriott International, Inc. Marriott Bonvoy Tours & Activities use the Marriott marks under license from Marriott International, Inc. and its affiliates.

United States Dollar ($)

Tours & Activities
Favorites
Rental Cars
Member Exclusives
Help

**MARRIOTT BONVOY**
**TOURS & ACTIVITIES**

© Copyright 2020, Marriott Bonvoy
Tours & Activities. All rights reserved.

Terms of Service · Privacy Policy

Egypt › Cairo Governorate › Cairo

# Half day Private tour to Giza pyramids Sphinx

🎟 E-Ticket    ⚡ Instant Confirmation    👤 Private Tour    🚐 Pickup Service    👤 Live Guide    ⏱ 4 hr

Start your half day tour visiting Cairo top attraction which is known as the Great Pyramid of Giza that has been Considered one of the seven wonders of the world also you can have a camel ride around the great pyramid when you can get back to ancient history also you can enter any of the pyramids from inside after buying the required tickets our guide will guide you and he will explain all historical points about the Giza pyramids and the purpose of being built for .End  visit to Giza Pyramids by visiting the Valley Temple that also known as the mummification temple of king Chephren where his dead body was mummified also a few steps there is a causeway leads you to the see the Sphinx Statue one of the biggest statues in ancient history and is shape takes the body of lion and human's head which is refer to power and strength. Then Transfer back to the hotel where you started from.

   

---

## Itinerary Details

This is a typical itinerary for this product

**Pass By:** Pyramids of Giza

Visit one of Cairo's most famous sights for a half-day tour to the Giza Pyramids. As one of the seven classic wonders of the world, the Pyramids allow you to return in time. (Entrance to the pyramids requires a separate ticket) The tour also includes the Valley Temple where the body of King Chevrin and the Sphinx statue are known in Giza. Plan your visit to this famous attraction before your trip Beauty tours around the pyramids are available at an additional cost There are several departure times available throughout the morning Delivery is provided from the hotel and delivered Highlights Visit the great pyramids in Giza Professional photos will be taken by our guide Visit the Sphinx in Giza Special guided tour Hassle-free No hidden costs One price

## Important Details    ⌄

## Cancellation Policy    ⌄

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our  Privacy Policy.  ✕

## Select Date

📅 Select Date    ○

| Tomorrow<br>May 06, 2021  ✓ | Friday<br>May 07, 2021  ○ |

## Select Time

| 12:00 AM | 8:00 AM | 9:00 AM |
| 10:00 AM | 11:00 AM | |

## Select Tickets

**Adult** (Ages: 12 to 99)    ⊖ 1 ⊕

**Child** (Ages: 1 to 11)    ⊖ 0 ⊕

---

**Total**    **$38.00** USD
Includes taxes & fees

Earn **190** Bonvoy Points

**BOOK NOW**

## You Might Also Like



**Private Tour: Cairo Full Day Tour from Cairo Airport**
🏛 Live Guide    Pickup ...
★★★★☆    From
1 Rating    **$39**



**Go Tour Cairo : 2 Days Private Guided City Tour & Giza Pyramids and Sakkara**
🏛 Live Guide    Pickup ...
★★★★★    From
1 Rating    **$56**



**8-hours private tour Pyramids of Giza sphinx and Egyptian Museum**
⏱ 8 hr    🏛 Live Guide
★★★★☆    From
1 Rating    **$11**



**Private tour to the Citadel and tour to the old famous arts**
⏱ 8 hr    🏛 Live Guide
★★★★★    From
1 Rating    **$22**



**Alexandria Private day tour from Cairo**
🏛 Live Guide    Pickup ...
★★★★★    From
2 Ratings    **$50**

### Need Help?

Email customer support at marriott-activities@placepass.com or call us at 857-706-1976

Marriott Bonvoy Tours & Activities and the programs and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott International, Inc. Marriott Bonvoy Tours & Activities uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

United States Dollar ($)  ▾

Tours & Activities

Favorites

Rental Cars

Member Exclusives

Help

**MARRIOTT BONV°Y**
TOURS & ACTIVITIES

© Copyright 2021, Marriott Bonvoy Tours & Activities. All rights reserved.

Terms of Service · Privacy Policy

Modified: 05 May 2021  Screenshot: 05 May 2021 14:36:54











https://media.tacdn.com/media/attractions-splice-spp-674x446/09/2b/66/a9.jpg

Search



Modified: 11 Sep 2019  Screenshot: 16 Dec 2020 12:19:52









Modified: 15 Mar 2020  Screenshot: 05 Dec 2020 19:24:54

https://media-cdn.tripadvisor.com/media/attractions-splice-spp-674x446/09/b9/b7/69.jpg



Modified: 21 Nov 2019  Screenshot: 05 May 2021 14:36:34



