UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MINDEN PICTURES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARRIOTT INTERNATIONAL, INC. and ) <br> TRIPADVISOR LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:21-cv-10969-NMG |

**DECLARATION OF MARK I. BAILEN IN SUPPORT OF DEFENDANT
<u>MARRIOTT INTERNATIONAL, INC.'S MOTION TO DISMISS</u>**

I, **Mark I. Bailen**, declare as follows:

1. I am a member of the law firm of Baker & Hostetler LLP, attorneys for defendant Marriott International, Inc. in the above-captioned civil action. I submit this Declaration in support of Defendant's Motion to Dismiss For Failure To Join A Required Party. All of my statements in this Declaration are based on my personal knowledge.

2. Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the Help page of the alleged infringing website, https://activities.marriott.com/help, printed/accessed on November 12, 2021.

3. Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of the Terms of Service of the alleged infringing website, https://activities.marriott.com/terms, printed/accessed on November 12, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: November 15, 2021 　　　　　　　　　　　　　　　／ *Mark I. Bailen* ／
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark I. Bailen
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Baker & Hostetler LLP