# EXHIBIT A

PageVault

| | |
|---|---|
| Document title: | Help \| Marriott |
| Capture URL: | https://activities.marriott.com/help |
| Page loaded at (UTC): | Fri, 12 Nov 2021 19:06:38 GMT |
| Capture timestamp (UTC): | Fri, 12 Nov 2021 19:07:11 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | e303018a-4cd5-468a-b8cc-d49e71fc64a0 |
| User: | llabella |

PDF REFERENCE #:    e1D794cQyEmjbxeVNhWXox

# Help

Contact Us    Experience Lookup    Rental Lookup    FAQ

## We're here to answer your questions, 24/7.

Want somebody to walk you through your questions? Try us at the numbers below, any day, any time.

### Marriott Bonvoy Tours & Activities

1-857-706-1976

marriott-activities@placepass.com

### Marriott Hotel Reservations

1-888-236-2427

### Hertz Customer Service

1-800-654-3131

### Marriott Bonvoy Moments

lss.moments@marriott-service.com

### Marriott Bonvoy General Customer Service

1-800-627-7468

## Locate a Booked Experience

Can't find your ticket information or voucher? No problem, use the form below to recover your booking. If you're still having trouble, use our customer service line to talk to an associate and we'll help you work through any difficulty.

Confirmation Number          Lead Guest Email Address          [Look up]

## Locate a Booked Car Rental

If you're having trouble, use our customer service line to talk to an associate and we'll help you work through any difficulty.

Confirmation Number          Surname          [Look Up]

## Frequently Asked Questions

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. 

# Frequently Asked Questions

General   Contact   Getting Started   Post-Booking   Troubleshooting   Loyalty   Marriott Bonvoy Moments

## General

### What is Marriott Bonvoy Tours & Activities?

Marriott International has partnered with PlacePass to bring you thousands of tours and activities globally. Whether you are looking for sumo wrestling classes in Tokyo, skip-the-line tickets at the Eiffel Tower, or a custom wine tour in Cape Town, we have options for every traveler. Hertz Car Rental is also available.

### Am I booking directly with Marriott?

Marriott Bonvoy has partnered with a third-party company (www.placepass.com) that specializes in finding thousands of tours and activities globally.

### Who provides the experiences listed on Marriott Bonvoy

Tours & Activities? We work with a select group of tour and activity partners to bring you the best things to do in any destination. You can find the name of the activity partner on the product details page, and at checkout. These partners are carefully chosen for their value, quality, and track record of delivering great experiences. We are proud of the breadth and caliber of the experiences available, and are confident you will find something to love.

### How do I know these are quality experiences?

We work with the world's leading tour and activity companies to bring you the experiences featured on Marriott Bonvoy Tours & Activities. Feel free to check out reviews and star ratings to see what other travelers have thought of the experiences, and you are always welcome to contact us if you have specific questions about a tour or activity.

### What is the difference between Marriott Bonvoy Tours

& Activities and Marriott Bonvoy Moments? Marriott Bonvoy Tours & Activities offers travel experiences for Members and non-Members, offering thousands of travel experiences globally. Marriott Bonvoy Moments moments.marriottbonvoy.com offers exclusive once-in-a-lifetime Member experiences to Rewards Members, which can only be redeemed by using Points. Our goal is to help Marriott guests make the most of their trip while they are booking their stay, including finding and booking wonderful experiences for any kind of journey.

### Who can I contact with general questions about experiences or car rental purchases through Marriott Bonvoy Tours & Activities or Hertz?

For all general questions, cancellations or modifications please contact the Marriott Bonvoy Tours & Activities team at 857-706-1976.

### Does Marriott Bonvoy Tours & Activities require Membership?

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕

For all general questions, cancellations or modifications please contact the Marriott Bonvoy Tours & Activities team at 857-706-1976.

### Does Marriott Bonvoy Tours & Activities require Membership?

No Membership is required to search and book through Marriott Bonvoy Tours & Activities. A Marriott Bonvoy Membership is required to be eligible to earn points on purchases.

### Is the Marriott Bonvoy Tours & Activities website available in any language other than English?

Currently, the Marriott Bonvoy Tours & Activities website is available in English only. Future expansion of the program will enable us to serve our global members in additional languages.

### Do you have tours available in languages other than English?

Many of the experiences featured on Marriott Bonvoy Tours & Activities are available in multiple languages. Please check the inclusions and exclusions section of the product detail page before booking. If no language option is specified, you can assume the tour will be in English.

## Contact

### How can I contact the activity organizer or tour operator?

Please refer to your voucher, which will have contact details for the activity organizer or tour operator.

### How can I contact Marriott Bonvoy Tours & Activities?

You can find several ways to reach us on the Contact page, either via phone (857-706-1976) or email marriott-activities@placepass.com. If you have already made a booking with us, please have your booking email and confirmation number handy so we can help you more quickly.

### Who can I contact about hotel reservations or Marriott loyalty membership?

For questions regarding hotel reservations or Marriott loyalty membership, please visit Marriott Help Central.

## Getting Started

### How do I search for activities on Marriott Bonvoy Tours & Activities?

If you have a specific activity in mind, like snorkeling or sumo lessons, just type your query into the activity search bar. You can also use our filters to narrow your results, or sort by price range, duration, rating, and more.

### How does the booking process work?

You can book online through activities.marriott.com and get your tickets via email in three easy steps: 1) Once you find an experience you like, click "View" to be taken over to the product detail page. 2) On the product detail page, use the calendar to

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕

You can book online through activities.marriott.com and get your tickets via email in three easy steps: 1) Once you find an experience you like, click "View" to be taken over to the product detail page. 2) On the product detail page, use the calendar to select your desired date. Then, choose the specific time or tour option of interest to you, and specify the number of people joining. 3) On the checkout page, enter your contact info, answer a few quick questions (if required by the operator), and enter your payment information. Once your payment is successfully processed, you will see a confirmation page with the details of your purchase. You will also receive an email with a copy of your receipt and a link to your voucher, if applicable.

## When do I pay?

To secure your reservation, payment in full is required at the time of booking.

## What credit cards do you accept?

We accept a variety of payment methods including Visa, MasterCard, and American Express.

## How do I know my credit card information is safe?

Your security is very important to us. Any page that requires personal information or payment details is secured via an encrypted solution.

## Can I use a Marriott gift card to apply payment?

At this time you cannot use a Marriott gift card to purchase through Marriott Bonvoy Tours & Activities.

## How do I get my voucher?

Once your booking is confirmed, you will receive an email with details of your experience and how to redeem, including a link to any applicable voucher and contact information of the experience provider. You will typically receive your voucher within an hour of booking, but certain activities may take up to 48 hours to confirm. Please be sure to add marriott-activities@placepass.com to your Safe Senders list to make sure you can get your email.

## Can I book an experience in a different currency?

PlacePass travel experiences are currently available in 30+ currencies. You can change the currency in the drop-down menu at the bottom of the site.

## What surcharges will I have to pay?

Your final purchase price may include surcharges. Often, surcharges are taxes and fees imposed by the U.S. or foreign government regulations.

## Can I use more than one credit card to apply payment?

No, only one credit card is accepted per purchase.

## What if I want to make a group booking?

We would love to help with your group booking. Please submit your request to marriott-activities@placepass.com and our team will follow up with you shortly.

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕

We would love to help with your group booking. Please submit your request to marriott-activities@placepass.com and our team will follow up with you shortly.

## Post-Booking

### Where do I meet my guide / where does my experience leave from?

Meeting instructions will be displayed at checkout, and will also be provided in your order confirmation and voucher. Many of our experiences allow you to specify a pickup and drop-off location such as your hotel at the time of booking the experience.

### What's included in the tour or activity price?

Please review the product details to see what is included in your specific experience. Many of our tours and activities include transportation, entry fees, and sometimes snacks. If something is not specifically listed, it is best to assume it will not be included. Hotel accommodation is not included in your purchase.

### Can I add an additional person to my experience after it has been booked?

The ability to add additional people varies by experience and tour provider. The fastest way to add an additional person is to purchase an additional ticket through the website. Alternatively, you may contact us at 857-706-1976.

### Can I customize my tour or activity?

We offer thousands of private, fully customizable experiences through Marriott Bonvoy Tours & Activities. These enable you to work directly with the operator to set your itinerary according to your preferences. Please review the product details to determine if your experience is customizable.

### How do I schedule my hotel pick-up?

If your tour includes a hotel pick-up and drop-off, you will be able to specify the details at time of booking. You can also follow up directly with the tour operator if your plans change – their contact information will be available on your voucher.

### What do I present to the guide or tour operator?

Please present your printed or electronic voucher at the start of your experience. If you are expecting limited internet access, it is best to print ahead of time, or download and save to your mobile device.

### What should I wear on my experience?

It depends on your experience. We offer everything from museum tours to snorkeling to hot air balloon rides, so please read the activity description closely to make sure you are dressed appropriately.

### What should I bring on my experience?

Please check the activity description or your voucher for suggestions on recommended items. It is always a good idea to have comfortable shoes, a camera, sunscreen, and a reusable water bottle – no matter where you're headed.

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕

Please check the activity description or your voucher for suggestions on recommended items. It is always a good idea to have comfortable shoes, a camera, sunscreen, and a reusable water bottle – no matter where you're headed.

### Do I need to provide passport info?

Some experiences do require you to provide passport information for everyone in the party. We will only ask for it if it's required.

### What charges will appear on my credit card statement?

The charge for your Marriott Bonvoy Tours & Activities purchases will appear on your credit card statement as PlacePass. You will be charged at the time of booking for the entire cost of your purchase.

## Troubleshooting

### What if I did not receive an email confirmation or ticket for my booking?

Please try checking your spam or trash folder first. If it is still not there, please give us a call at 857-706-1976.

### How do I modify or cancel my reservation after I've made the initial booking?

Please call us at 857-706-1976.

### I can't find my guide or tour operator - what should I do?

Please double-check your email confirmation and voucher to make sure you are in the right spot. If you still can't find your guide, please refer to your voucher, which should include a phone number for your local tour operator.

### What if I'm late for my tour?

Please contact the tour operator for instructions. We cannot guarantee space on a later departure, unfortunately. Please always allow plenty of time to reach the tour departure or meeting point, as some of our experiences have cancellation penalties.

### What is your cancellation and refund policy?

The cancellation and refund policy varies according to the terms of our partners and tour operators. You can view the cancellation policy for your experience on the product details page.

### What happens when the website rejects my credit card?

The website rejects a credit card if you enter the wrong information, enter an invalid credit card, or the credit card has exceeded its limit. If one or more of those situations occurs, an error message appears on the screen. If the card you are currently using is expired or over its limit, try using a different credit card. If you do not receive an email confirmation within 24 hours of purchase or if you continue to have problems, contact us at 857-706-1976.

## Loyalty

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕

## Loyalty

### Can a loyalty Member earn loyalty points for booking an experience or car rental?

Yes, a Member can earn Marriott Bonvoy Points for booking an experience on Marriott Bonvoy Tours & Activities. The customer must sign-up or already be a Member and add their Member account number at check-out. Note, Hertz Car Rentals are also eligible for point earning. Point earning is subject to separate terms and conditions. A full list of Earn Terms and Conditions is available by visiting the Terms & Conditions section in the footer link at the bottom of activities.marriott.com

### How does a Member earn Marriott Bonvoy Points through Marriott Bonvoy Tours & Activities?

You must sign-up or already be a Marriott Bonvoy Member before check-out on activities.marriott.com and remember to add your Member account number at check-out. To sign up for Marriott Bonvoy, please visit Members.marriott.com. Membership is free.

### How many loyalty points do Members earn for booking experiences or car rental?

Points earning will typically be based on a fix amount per dollar spent, though point promotions may apply. Members can see how many points will be earned on the product detail and checkout pages of the experience. These values are subject to change. Hertz based earning is subject to specific Hertz promotional program terms.

### I am traveling with multiple people - can we each earn points for the booking?

If a Member is purchasing on behalf of additional people, at least one of the purchases must be reserved for the Member and the Member must pay for all purchases in order to earn Points. Only one Member can earn Points on a single purchase order. Points for a product booked for more than one Bonvoy Program Member will only be awarded to the Bonvoy Program Member number entered at time of check-out on activities.marriott.com.

### When will my loyalty points appear in my account?

Provided the correct Marriott Bonvoy Member number is added upon check-out, points will automatically appear in your Marriott Bonvoy account two to four weeks (14 – 28 days) following the completion of the experience. If for some reason your points do not appear, please call us at 857-706-1976.

### Where will I see my loyalty points appear?

Your points will appear in your Marriott Bonvoy account, labeled as PlacePass. Marriott Bonvoy Points earned on Hertz Car Rental will be labeled as Hertz.

### I put in my loyalty number at checkout, but the points have not appeared in my account.

To ensure Points are automatically posted to the correct Marriott Bonvoy Member account, the Member's account number must be entered correctly at time of check-out on activities.marriott.com. It can take two to four weeks (14 – 28 days) following completion of your experience for the points to appear in your account. If it's been more than 14 days, please call us at 857-706-1976.

### Can Members use points to make a booking?

Currently, you are not able to book an experience using Marriott Bonvoy Points on activities.marriott.com. We will be offering that capability at a later date. However, Members can still continue to use points on exclusive Member experiences through Marriott

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕

To ensure Points are automatically posted to the correct Marriott Bonvoy Member account, the Member's account number must be entered correctly at time of check-out on activities.marriott.com. It can take two to four weeks (14 – 28 days) following completion of your experience for the points to appear in your account. If it's been more than 14 days, please call us at 857-706-1976.

## Can Members use points to make a booking?

Currently, you are not able to book an experience using Marriott Bonvoy Points on activities.marriott.com. We will be offering that capability at a later date. However, Members can still continue to use points on exclusive Member experiences through Marriott Bonvoy Moments moments.marriottbonvoy.com.

## Will I earn rewards points on activities booked on partner

sites that I've been linked to from Marriott Bonvoy Tours & Activities? Activities booked on our partner sites (including StubHub) are not eligible to earn rewards points.

## Can I earn both Marriott Bonvoy Points and Hertz Gold Plus Rewards Points on Hertz rentals booked on Marriott Bonvoy Tours & Activities?

You can earn either Marriott Bonvoy Points or Hertz Gold Plus Rewards Points on Hertz rentals booked on Marriott Bonvoy Tours & Activities. If you enter only your Hertz Gold Plus Rewards number at checkout, you can earn Hertz Gold Plus Rewards Points if you've elected to receive them in your Hertz Gold Plus Rewards profile. If you enter both your Marriott Bonvoy account number and your Hertz Gold Plus Rewards number at checkout, you will only earn Marriott Bonvoy Points, but can receive the other benefits of Hertz Gold Plus Rewards.

## Marriott Bonvoy Moments

For full Marriott Bonvoy Program FAQs and support contact information, please click here.

### Need Help?

Email customer support at marriott-activities@placepass.com or call us at 857-706-1976

Marriott Bonvoy Tours & Activities and the programs and products provided under the Marriott Bonvoy Tours & Activities brand are not owned, developed, or sold by Marriott International, Inc. Marriott Bonvoy Tours & Activities uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

Tours & Activities

Favorites

Rental Cars

Member Exclusives

Help

MARRIOTT BONVOY
TOURS & ACTIVITIES

© Copyright 2021, Marriott Bonvoy Tours & Activities. All rights reserved.

Terms of Service • Privacy Policy

This site uses cookies to improve your experience. By continuing to browse you agree to the use of cookies. Learn more in our Privacy Policy. ✕