UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MINDEN PICTURES, INC., <br><br> Plaintiff, <br> v. <br><br> MARRIOTT INTERNATIONAL, INC. and TRIPADVISOR LLC, <br><br> Defendants. | Civil Case No. 1:21-cv-10969-AK |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Minden Pictures, Inc., Marriott International, Inc. and TripAdvisor LLC, hereby stipulate to the dismissal with prejudice of the above-captioned action.  The parties shall bear and be solely responsible for their own respective attorneys' fees and costs incurred in connection with and related to this action.

SO STIPULATED, this 27th day of May, 2022.

| | |
|---|---|
| **RATH, YOUNG AND PIGNATELLI, P.C.** | **BAKER & HOSTETLER LLP** |
| By: /s/ R. Terry Parker | By:/s/ James H. Rollinson |
| R. Terry Parker, Esq. | James H. Rollinson, Esq. |
| rtp@rathlaw.com | jrollinson@bakerlaw.com |
| RATH, YOUNG and PIGNATELLI, P.C. | BAKER & HOSTETLER LLC |
| 120 Water Street, 2nd Floor | 127 Public Square, Suite 2000 |
| Boston, MA 02109 | Cleveland, OH 44114 |
| *Attorneys for Plaintiff* | *Attorneys for Marriott International, Inc.* |

**K&L GATES LLP**

By: /s/ Kathleen D. Parker
Kathleen D. Parker, Esq.
Kathleen.parker@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02109

*Attorneys for TripAdvisor LLC*

**SO ORDERED**

_____
United States District Judge